UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14167
  JOHNNY SEALS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
  SSN XXX-XX-8899

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    The case was filed on 08/07/2007 and was confirmed 10/15/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 02/04/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | .00 | .00 | .00 |
| BALABAN FURNITURE | SECURED | 167.00 | .00 | 60.72 |
| ALLIANCE FINANCIAL CREDI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CARE CREDIT | UNSEC W/INTER | 2213.05 | .00 | .00 |
| FIRST NATIONAL BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSEC W/INTER | 465.75 | .00 | .00 |
| KMART | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOAN EXPRESS CO | UNSEC W/INTER | 114.00 | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | 3345.33 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSEC W/INTER | 1995.29 | .00 | .00 |
| T-MOBILE USA | UNSEC W/INTER | 142.81 | .00 | .00 |
| TRIB/FBOFD | UNSEC W/INTER | NOT FILED | .00 | .00 |
| BALABAN FURNITURE | UNSEC W/INTER | 173.00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 155.10 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSEC W/INTER | 15.20 | .00 | .00 |
| FELD & KORRUB LLC | DEBTOR ATTY | 3,000.00 | | 219.92 |
| TOM VAUGHN | TRUSTEE | | | 19.36 |
| DEBTOR REFUND | REFUND | | | .00 |

    Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 300.00 | |
| PRIORITY | | .00 |
| SECURED | | 60.72 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 219.92 |
| TRUSTEE COMPENSATION | | 19.36 |

                 PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 14167 JOHNNY SEALS

```
DEBTOR REFUND                                                    .00
                            ----------------    ----------------
TOTALS                           300.00              300.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/23/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE